IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL LEONARD FIDLER,

    Plaintiff,

  v.

MICHAEL ASTRUE,

    Defendant.

                                  /

No. C 13-00437 WHA

**ORDER RE NOTICE OF CLARIFICATION**

     For the reasons stated in defendant's notice of clarification, it is hereby clarified that the duration of the stay imposed by the October 3 order depends only on the furlough status of Special Assistant United States Attorney Patrick Snyder and the Assistant Regional Counsel in the Social Security Administration's Office of the Regional Chief Counsel, not Special Assistant United States Attorney Geralyn Gulseth.

    **IT IS SO ORDERED.**

Dated: October 15, 2013.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE