IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL LEONARD FIDLER,

    Plaintiff,

  v.

MICHAEL ASTRUE,

    Defendant.
                                   /

No. C 13-00437 WHA

**ORDER LIFTING STAY**

    Pursuant to defendant's notice, the stay in this action is hereby **LIFTED**. Defendant's response to plaintiff's motion for summary judgment is due by November 4, 2013, and plaintiff's reply thereto, if any, is due by November 14, 2013.

**IT IS SO ORDERED.**

Dated: October 22, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE